General Complaint

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 15 2014

DAVID J MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

David Lavord Dodd
Stephanie Cherly Brown
Stephen Marable
List the full name of each plaintiff in this action.

Case Number: 1:14CV0468

VS.

Cedar Creek Enterprises, INC.

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

      N/A
      N/A
      N/A

C. Results of the conference with counsel:

N/A
N/A
N/A

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _____ Yes   __✓__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: N/A

2. Parties to previous lawsuit(s):

Plaintiff N/A

Defendant N/A

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

N/A

4. Docket number in other court. N/A

5. Name of judge to whom the case was assigned.
N/A

6. Disposition: Was the case dismissed, appealed or still pending?

N/A

7. Approximate date of disposition. N/A

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

Pla #1 David Lavord Dodd, 200 Sunset Blv, apt. 114 Malakoff, Texas 75148

Pla #2 Stephanie Cherly Brown 200 Sunset Blv, apt. 114 Malakoff, Texas, 75148

Pla #3 Stephen Marable, 12750 Honey Circle, Eustace TX 75124

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Cedar Creek Enterprises, Inc. Sole Owner of Clearwater Bay Subdivision

Dft #2: N/A
N/A
N/A

Dft #3 N/A
N/A
N/A

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I was renting too own a home at 114 NobHill Circle, in ClearWater bay Subdivision, in Malakoff, Texas 75148. I worked too clean up this land to have my first home built, just to find out later that their was a deed restrictions to stop me from living there at all. So when someone later stole all my copper out of a building where i was going too live until my home get build. I was told too my face by a white female that live out there on a Sunday morning did infact state they we could not live in Clearwater Subdivision because of the color of my skin. Fact is I have lot everything we had too sleep in our car, motels, old building. I have been beaten by two white mens and the others

IV.

Police a Sgt. McEntire, took my self to jail and i have a broken nose still right today. Mr. Stephen Marable have gotten phone calls at his home about the matter Mr. Marable is the one who is selling me the land at said address.

I have lost 2 car's my girlfriend almost died because of her sickness by hind this matter, we moved around and lived where we could for almost a year.

We lost all our saving every penny because of this matter as well. D.L.O.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

My Relief is that first void the deed restrictions, second for my lost, pain, suffering, I want the court's to grant me the sum of 2.5 millions dollars, third I want each and every owner too make a statement to channel 8 News to were they don't want people's of color to live their.

Signed this ~~9~~-11-~~14~~ day of Sept (Month), 20 14 (Year).

David Dodd
Stephanie Brown
Stephen Marable

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 9-11-14
Date

David Dodd
Stephanie Brown
Stephen Marable
Signature of each plaintiff